```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 14342
   THOMAS J COLEMAN
   SUZZANNE M COLEMAN                         CHAPTER 13

                                              JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-9519      SSN XXX-XX-6741

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/09/2007 and was not confirmed.

     The case was dismissed without confirmation 09/24/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------

ROUNDUP FUNDING LLC        UNSECURED        17585.72          .00            .00
B-REAL LLC                 UNSECURED        24441.03          .00            .00
ABN AMRO MORTGAGE GROUP    NOTICE ONLY     NOT FILED          .00            .00
BANK OF AMERICA            NOTICE ONLY     NOT FILED          .00            .00
CHASE                      NOTICE ONLY     NOT FILED          .00            .00
LASALLE BANK               NOTICE ONLY     NOT FILED          .00            .00
NCO FINANCIAL SYSTEM       NOTICE ONLY     NOT FILED          .00            .00
ABN AMRO MORTGAGE GROUP    SECURED NOT I        .00           .00            .00
ABN AMRO MORTGAGE GROUP    SECURED NOT I        .00           .00            .00
PEGGY ANN DOHENY           DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------      --------------
TOTALS                        .00                     .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE